## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on May 25, 2021**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO. 21-mj-557 (GMH)** |
| **RYAN VANTRELLE PARKER,** Also known as "Ryno," | : | **VIOLATIONS:** |
| **Defendant.** | : | **18 U.S.C. § 922(o)(1)** (Unlawful Possession of a Machinegun) |
| | : | **FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 7, 2021, within the District of Columbia, **RYAN VANTRELLE PARKER**, also known as "Ryno," knowingly possessed a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) that shoots, is designed to shoot, or could be readily restored to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun,** in violation of Title 18, United States Code, Section 922(o)(1)).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One, **RYAN VANTRELLE PARKER**, also known as "Ryno," shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

    (a)    Unserialized 9mm Glock-style Personally Manufactured Firearm with a green, polymer lower and a silver slide fitted with a 38-round drum magazine and blue "giggle switch" seized on August 7, 2021.

    (b)    36 rounds of 9mm ammunition seized on August 7, 2021.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips/GPR*
Attorney of the United States in
and for the District of Columbia.