UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 21-CR-529 (TSC) |
| | : | |
| RYAN PARKER | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Indictment in the above-listed case without prejudice. The bases for this motion are as follows:

1. Defendant was arrested at approximately 7:11pm on August 7, 2021. Incident to his arrest, officers seized a "ghost gun" consisting of an unserialized, green polymer lower receiver with a silver slide and a black drum magazine. Fitted to the back of the slide was a blue, plastic "giggle switch" – an aftermarket part which is specifically designed to cause a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

 

1

2.	The firearm was test-fired on August 9, 2019, in order to collect evidence for the National Integrated Ballistic Information Network. This test-fire was conducted after the "switch" was removed. The firearm and switch were placed back into evidence control for eventual transfer to the ATF Lab for testing to determine that the "switch" met the definition of a machinegun under 28 U.S.C. § 5845(b).

3.	During a status conference on January 19, 2022, undersigned counsel placed on the record that ATF Lab testing of the firearm and switch had been delayed for reasons outside of undersigned counsel's control. The Court expressed its concern regarding this delay, and set a deadline of February 8, 2022, to provide testing results to defense counsel.

4.	Immediately after the status conference, undersigned counsel notified appropriate agency personnel of the Court's order. After conveying that information, undersigned counsel was made aware that – at some unknown time between August 9, 2021 (when the firearm was test fired) and January 19, 2022, the switch had broken inside the evidence bag. The breakage occurred when the switch was installed in the slide of the firearm – as evidenced by the fact that a piece of the switch was broken off inside the firearm.



5. The ATF Lab issued a report on January 25, 2022 ("The Report"), which was transmitted to undersigned counsel by email on January 27, 2022. The report indicated that the switch had been manufactured by 3D printing and "is designed and intended to convert a semiautomatic, Glock-type pistol into a machinegun (similar to U.S. Patent 5,705,763) by utilizing an extended polymer 'leg' to push the trigger bar down and out of engagement with the firing pin as the slide closes, releasing the partially retracted firing pin to travel forward and fire a cartridge. When the trigger is depressed, this device enables a Glock pistol to shoot automatically more than one shot, without manual reloading, with a single function of the trigger."

6. The Report notes, however, that because the switch is now broken it will not currently function as a machinegun. The Report further notes that, due to the fragile nature of 3D printed plastic, the switch cannot be repaired in such a way that it could be restored to function. The Report thus concludes that the switch is not, in its current state, a machinegun.

7. Undersigned counsel has communicated with the ATF Lab to determine whether additional testing or examination can be done to determine whether the switch met the definition of a machinegun on August 7, 2021. It is not clear whether such a determination is possible and, if so, how long that determination will take.

8. Undersigned counsel respectfully submits that although further analysis may reveal a different, or more nuanced conclusion, the appropriate action at this time is to dismiss the matter, without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: <u>/s/ James B. Nelson</u>
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on January 27, 2022.

By: <u>/s/ James B. Nelson</u>
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov