## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-529 (TSC) |
| | ) | |
| **RYAN VANTRELLE PARKER** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>ORDER</u>

This cause came before the court on the United States' Motion to Dismiss the Indictment.

ECF No. 16.  Having considered the Motion, it is hereby **ORDERED** that the Motion is

**GRANTED**.

The Indictment in this case, ECF No. 11, is hereby **DISMISSED** without prejudice.

Date: January 28, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge